564 January 29, 2025 No. 57

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

EZEQUIEL ORLANDO ARREDONDO,
*Defendant-Appellant.*

Polk County Circuit Court
21CR57015; A183019

Timothy R. Park, Judge.

Submitted December 13, 2024.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Carla Edmondson, Deputy Public Defender, Oregon Public Defense Commission, filed the brief for appellant.

Jennifer S. Lloyd, Assistant Attorney General, waived appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

LAGESEN, C. J.

Affirmed.

**LAGESEN, C. J.**

Defendant appeals a judgment revoking probation. His appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). We affirm.[1]

In March 2022, defendant pleaded guilty to aggravated animal abuse in the first degree. He was sentenced to 36 months of supervised probation. In November 2023, at a show cause hearing, defendant admitted that he failed to complete substance abuse treatment, failed to report to his probation officer, and he had victim contact. Based on those admissions, the trial court revoked probation and sentenced defendant to 180 days in jail, with credit for time served, and two years of post-prison supervision. The trial court ordered the sentence to run consecutive to a sentence ordered in another criminal case.

Having reviewed the record, including the trial court file, the transcript of the hearings, and the *Balfour* brief, and taking into account our statutorily circumscribed authority to review, *see* ORS 138.105, we have identified no arguably meritorious issues.

Affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel. *See, e.g.*, *State v. Yother*, 310 Or App 563, 484 P3d 1098 (2021) (deciding matter submitted through *Balfour* process by two-judge panel); *Ballinger v. Nooth*, 254 Or App 402, 295 P3d 115 (2012), *rev den*, 353 Or 747 (2013) (same).